# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ERICA HENRY, *et al.*,                )
                                      )
            Plaintiffs,               )
                                      )
    v.                                )    Civil Case No. 11-1293 (RJL)
                                      )
FRIENDSHIP EDISON P.C.S.,             )
                                      )
            Defendant.                )
                                      )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 2<u>1st</u> day of July, 2012, it is hereby

**ORDERED** that defendant's Cross Motion for Summary Judgment [Dkt. # 11] is **GRANTED**; and it is further

**ORDERED** that the plaintiffs' Motion for Summary Judgment [Dkt. # 10] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1